**AO 450 (Rev. 5/85)  Judgment in a Civil Case**

# United States District Court
# District of Vermont

| | |
|---|---|
| Tim Saunders, : | |
| : | |
| Plaintiff, : | |
| : | **JUDGMENT IN A CIVIL CASE** |
| v. : | |
| : | CASE NUMBER: 5:09-cv-125 |
| Sean David Morton, : | |
| Daryl Weber, : | |
| Joshua Weber, : | |
| Melissa Morton, : | |
| 27 Investments LLC, : | |
| Magic Eight Ball Distributing, Inc., : | |
| Vajra Productions LLC, : | |
| Delphi Associates Investment Group, : | |
| Fraser Valley Trading, : | |
| : | |
| Defendants. : | |

☐ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order (Document No. 91) filed July 5, 2011, Plaintiff and Defendant Daryl Weber's Joint Motion to Dismiss with prejudice (Document No. 90) is GRANTED.  Previously, pursuant to the Court's Partial Final Judgment Order (Document No. 69) filed September 24, 2010, Plaintiff's Motion for Entry of Default Judgment (Document No. 29) was GRANTED.  JUDGMENT IS HEREBY entered for plaintiff Tim Saunders against Sean David Morton, Melissa Morton, 27 Investments LLC, Magic Eight Ball Distributing, Inc., Vajra Productions, LLC and Delphi Associates Investment Group in the amount of Two Hundred Twenty Eight Thousand Nine Hundred Seventy Dollars and Twelve Cents ($228,970.12) with post-judgment interest to accrue on the principal and interest amount of One Hundred Eighty Six Thousand Nine Hundred Seventy Dollars and Twelve cents ($186,970.12).

Previously, pursuant to the Court's Opinion and Order (Document No. 66) filed August 18, 2010, the Magistrate's  Reports and Recommendations (Document Nos. 63 and 64) were adopted. Plaintiff's Motion to Dismiss Defendant Joshua Weber (Document No. 58) was GRANTED.

Also, previously pursuant to Default Judgment (Document No. 15) filed August 21, 2009, Motion for Default Judgment against Fraser Valley Trading (Document No. 13)  was GRANTED. JUDGMENT IS HEREBY entered for Tim Saunders  against Fraser Valley Trading in the amount of One Hundred Seventy Six Thousand Four Hundred Twenty Seven Dollars and Sixty Seven Cents ($176,427.67).

|  |  |
|---|---|
| Date:  July 7, 2011 | JEFFREY S. EATON<br>Clerk |
|  | /s/ PATRICIA A. McPHEE<br>(By) Deputy Clerk |

JUDGMENT ENTERED ON DOCKET
DATE: 7/7/2011